# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.3
### Eastern Division

Shaquille H Blakey

                    Plaintiff,

v.                                            Case No.: 1:20−cv−07517

                                              Honorable John Robert Blakey

Northern Illinois University

                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, June 4, 2021:

      MINUTE entry before the Honorable John Robert Blakey: Based upon Plaintiff's notice of dismissal [12], the Court hereby dismisses this case without prejudice under Rule 41(a) and strikes all set dates and deadlines. Absent reinstatement by 8/4/21, this dismissal will convert to a dismissal with prejudice without further order. Civil case terminated. Mailed notice. (kp, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.